No. 98-8322. FRANCO, AKA MERRILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98-8325. HANSERD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-8326. GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-8332. SANTOS GALLEGOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-8334. RODGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-8335. RAMIREZ-GALVAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-8336. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-8337. SOLOYE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-8338. PERRY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-8339. SPEAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98-8347. TORRES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98-8349. BEHRENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98-8350. BALDWIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98-8351. COLLIER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98-8354. SWEED *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari denied.

No. 98-8355. REDD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.